# MEMORANDUM

**To**       :   Clerk's Office
               United States District Court
               300 Ala Moana Boulevard, Room C-338
               Honolulu, Hawaii   96850

**From**     :   Denise Aust /denise/
               Judge Jay S. Bybee's Chambers
               Lloyd D. George U.S. Courthouse
               333 Las Vegas Boulevard South
               Suite 7080
               Las Vegas, Nevada   89101

**Date**     :   January 20, 2006

**Re**       :   *Arakaki v. Cayetano,* No. 04-15306
               District Court Cause No. Civil 02-00139 SOM/KSC

---

    Enclosed please find the district court record, shipped in 4 separate boxes, in the above referenced case. Please sign below, acknowledging receipt of the returned record, and mail it to the address shown above. Thank you.

_____   Date: _____

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 25 2006
DISTRICT OF HAWAII

United States Court of Appeals

M E M O R A N D U M

DATE:     September 14, 2004

TO:       Clerk's Office
          U. S. District Court     Hawaii

FROM:     Clerk's Office
          U. S. Court of Appeals
          By: Maureen Candler , Deputy Clerk

SUBJECT:  Request for Record on Appeal.

Pursuant to the request of a Judge/Staff Attorney of this Court, please transmit the Record on Appeal in the following case(s). PLEASE ACKNOWLEDGE RECEIPT OF THE ABOVE REQUEST ON THE ENCLOSED COPY OF THIS LETTER AND RETURN WITH THE REQUESTED RECORD(S) ON APPEAL.

| CA # | TITLE | D.C. NO. |
|---|---|---|
| 04-15306 | Arakaki v. Cayetano | CV-02-00139-SOM/KSC |

If checked here _____, please also send all state court records. If your court is not in possession of the state court record, please contact Steve Seferian by e-mail or by phone at (415) 556-9905.

PLEASE SEND RECORD DIRECTLY TO:

[ ]   Records Unit
      U.S. Court of Appeals
      95 Seventh Street
      San Francisco, CA   94103

[ix]  **HON. JAY S. BYBEE**
      **U. S. CIRCUIT JUDGE**
      **333 LAS VEGAS BLVD. SOUTH**
      **SUITE 3099**
      **LAS VEGAS, NV  89101**

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 1 4 2004
DISTRICT OF HAWAII

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:   September 15, 2004

To:     United States Court of Appeals      Attn:   (✓)    Civil
        For the Ninth Circuit
        Office of the Clerk                         ( )    Criminal
        95 Seventh Street
        San Francisco, California 94103             ( )    Judge

From:   United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:          CV 02-00139 SOM-KSC      Appeal No:   04-15306

Short Title:    Arakaki vs. Cayetano


| | | |
|---|---|---|
| Clerk's Files in | 25 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 11 | volumes  (✓) original  ( ) certified copy 3/12/2002, 4/29/2002, 6/10/2002, 8/19/2002, 9/3/2002, 9/5/2002, 2/18/2003, 9/8/2003, 11/17/2003, 1/6/2004, 1/12/2004, |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet


Acknowledgment: _____    Date: _____


cc:all counsel

374

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: September 15, 2004

To: United States Court of Appeals    Attn: (✓) Civil
      For the Ninth Circuit
      Office of the Clerk                       ( ) Criminal
      95 Seventh Street
      San Francisco, California 94103     ( ) Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:            CV 02-00139 SOM-KSC    Appeal No:    04-15306

Short Title:       Arakaki vs. Cayetano

| | | |
|---|---|---|
| Clerk's Files in | 25 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 11 | volumes (✓) original ( ) certified copy<br>3/12/2002, 4/29/2002, 6/10/2002, 8/19/2002, 9/3/2002, 9/5/2002, 2/18/2003, 9/8/2003, 11/17/2003, 1/6/2004, 1/12/2004, |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet

Acknowledgment: _____    Date: _____

cc: all counsel

374