CORRESPONDENCE

# H. William Burgess
## Attorney at Law
2299-C Round Top Drive • Honolulu, Hawaii 96822
Telephone: (808) 947-3234 • Fax: (808) 947-5822
Email: hwburgess@hawaii.rr.com

March 13, 2007

The Honorable Susan Oki Mollway     Via fax only: 541-1724

Re:   Request for extension of time to file memorandum until April 9
      Arakaki v. Lingle CV 02-00139 SOM-KSC

Dear Judge Mollway:

On Saturday night, March 10, 2007, my wife and I returned from an 8 day trip to the mainland. It was then that I learned for the first time of your order directing memoranda to be filed in this case no later than March 22. I have been inordinately busy since January, not only with this case, but with a number of pressing matters both in my personal business and in other matters relating indirectly to this case, such as the Akaka bill which was re-introduced on January 17, 2007. Because the Ninth Circuit's mandate will not issue until April 2 (7 calendar days after expiration of the time for filing a petition for rehearing, FRAP 41; 9th Cir. R. 41-1-2), I planned to review with my clients, after our trip, my recommendations for their next steps in this case.

I therefore respectfully request that the time for filing the memoranda in your minute order of March 5, be extended until no later than April 9 (7 days after the mandate).

Very truly yours,

H. William Burgess

Cc:  All counsel

MAR 13 2007