SHERRY P. BRODER #1880
Davies Pacific Center, Suite 800
841 Bishop Street
Honolulu, Hawaii 96813
Telephone No: (808) 531-1411
Fax No: (808) 531-8411
sherrybroder@sherrybroder.com

JON M. VAN DYKE #1896
2515 Dole Street
Honolulu, Hawaii 96813
Telephone No: (808) 956-8509
jvandyke@hawaii.edu

MELODY K. MacKENZIE #1799
2515 Dole Street
Honolulu, Hawaii 96813
Telephone No: (808) 956-0828
mkmacken@hawaii.edu

Attorneys for Office of Hawaiian Affairs Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| ARAKAKI, et al. | ) CIVIL NO. 02-00139 SOM-KSC |
| Plaintiffs, | ) (Declaratory Judgment) |
| | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| LINGLE, et al. | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that the OFFICE OF HAWAIIAN AFFAIRS DEFENDANTS STATEMENT OF NO ISSUES REMAINING has been served by U.S. Mail upon the following parties this 9th day of April, 2007 at their last know addresses:

H. William Burgess, Esq.
2299-C Round Top Drive
Honolulu, Hawaii 96822

Charleen Aina, Esq.
Girard Lau, Esq.
Office the Attorney General-Hawaii
425 Queen Street
Honolulu, Hawaii 96813

Robert Klein, Esq.
Five Waterfront Plaza, Suite 400
500 Ala Moana Blvd.
Honolulu, Hawaii 96813

Yuklin Aluli, Esq.
415-C Uluniu Street
Kailua, Hawaii 96734

DATED: Honolulu, Hawaii, April 9, 2007.

/s/ Sherry P. Broder
Sherry P. Broder
Jon M. Van Dyke
Melody K. MacKenzie
Attorneys for OHA Defendants