UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EARL F. ARAKAKI; et al.,<br><br>    Plaintiffs - Appellants,<br><br>ANTHONY SANG, SR., State Council of Hawaiian Homestead Associations (SCHHA); et al.,<br><br>    Intervenors - Appellees,<br><br>V.<br><br>HAUNANI APOLIONA, Chairman, and in her official capacity as trustee of the Office of Hawaiian Affairs; et al.,<br><br>    Defendants - Appellees. | No. 04-15306<br>D.C. No. CV-02-00139-SOM/KSC<br><br>**JUDGMENT**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>APR 0 9 2007<br><br>at __ o'clock and __ min. __ M<br>SUE BEITIA, CLERK |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART, REVERSED IN PART, REMANDED**. The parties shall bear their own costs on appeal.

Filed and entered 02/09/07

