INTERNAL USE ONLY: Proceedings include all events.
04-15306 Arakaki, et al, et al v. Apoliona, et al, et al

| | |
|---|---|
| EARL F. ARAKAKI<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>808/947-3234<br>[COR LD NTC ret]<br>2299-C Round Top Drive<br>Honolulu, HI 96822 |
| EVELYN C. ARAKAKI<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>(See above)<br>[COR LD NTC ret] |
| EDWARD U. BUGARIN<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>(See above)<br>[COR LD NTC ret] |
| SANDRA P. BURGESS<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>(See above)<br>[COR LD NTC ret] |
| PATRICIA A. CARROLL<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>(See above)<br>[COR LD NTC ret] |
| ROBERT M. CHAPMAN<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>(See above)<br>[COR LD NTC ret] |
| MICHAEL Y. GARCIA<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>(See above)<br>[COR LD NTC ret] |
| TOBY M. KRAVET<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JAMES I. KUROIWA<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>(See above)<br>[COR LD NTC ret] |
| FRANCES M. NICHOLS<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>(See above)<br>[COR LD NTC ret] |
| DONNA MALIA SCAFF<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JACK H. SCAFF<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>(See above)<br>[COR LD NTC ret] |
| ALLEN TESHIMA<br>    Plaintiff - Appellant | H. William Burgess, Esq.<br>(See above)<br>[COR LD NTC ret] |

```
INTERNAL USE ONLY: Proceedings include all events.
04-15306 Arakaki, et al, et al v. Apoliona, et al, et al

THURSTON TWIGG-SMITH                H. William Burgess, Esq.
     Plaintiff - Appellant           (See above)
                                     [COR LD NTC ret]

ANTHONY SANG, SR., State             Walter R. Schoettle
Council of Hawaiian Homestead        808/537-3514
Associations (SCHHA)                 [COR LD NTC ret]
     Intervenor - Appellee           PO Box 596
                                     Honolulu, HI 96809-0596

                                     Philip W. Miyoshi
                                     808/539-8700
                                     [COR LD NTC ret]
                                     MCCORRISTON MILLER MUKAI
                                     MACKINNON LLP
                                     Five Waterfront Plaza, Suite
                                     400
                                     500 Ala Moana Boulevard
                                     Honolulu, HI 96813

                                     Robert G. Klein
                                     FAX 808/524-8293
                                     808/529-7300
                                     Suite 400
                                     [COR LD NTC ret]
                                     5 Waterfront Plaza
                                     500 Ala Moana Boulevard
                                     Honolulu, HI 96813

STATE COUNCIL OF HAWAIIAN            Walter R. Schoettle
HOMESTEAD ASSOCIATIONS               (See above)
     Intervenor - Appellee           [COR LD NTC ret]

                                     Philip W. Miyoshi
                                     (See above)
                                     [COR LD NTC ret]

                                     Robert G. Klein
                                     (See above)
                                     [COR LD NTC ret]


     v.

HAUNANI APOLIONA, Chairman,          Sherry P. Broder, Esq.
and in her official capacity         FAX 808/531-8411
as trustee of the Office of          808/531-1411
Hawaiian Affairs                     Ste. 800
     Defendant - Appellee            [COR LD NTC ret]
                                     DAVIES PACIFIC CENTER
                                     841 Bishop Street
                                     Honolulu, HI 96813

                                     Charleen M. Aina, DAG
```

```
                                                              MOATT REOPEN
                                                                          i
INTERNAL USE ONLY: Proceedings include all events.
04-15306 Arakaki, et al, et al v. Apoliona, et al, et al
                                      FAX         808
                                      808/586-1255
                                      [COR LD NTC dag]
                                      Girard D. Lau, DAG
                                      FAX         808
                                      808/586-1363
                                      [dag]
                                      AGHI - OFFICE OF THE HAWAII
                                      ATTORNEY GENERAL
                                      425 Queen St.
                                      Honolulu, HI 96813

ROWENA AKANA, in his official         Sherry P. Broder, Esq.
capacity as trustee of the            (See above)
Office of Hawaiian Affairs            [COR LD NTC ret]
     Defendant - Appellee
                                      Charleen M. Aina, DAG
                                      (See above)
                                      [COR LD NTC dag]
                                      Girard D. Lau, DAG
                                      (See above)
                                      [dag]

DONALD CATALUNA, in his               Sherry P. Broder, Esq.
official capacity as trustee          (See above)
of the Office of Hawaiian             [COR LD NTC ret]
Affairs
     Defendant - Appellee             Jon M. Van Dyke, Esq.
                                      FAX 808/956-5569
                                      808/956-8509
                                      Rm. 239
                                      [COR LD NTC ret]
                                      UNIVERSITY OF HAWAII
                                      William S. Richardson School of
                                      Law
                                      2515 Dole St.
                                      Honolulu, HI 96822-2246

LINDA DELA CRUZ, in her               Sherry P. Broder, Esq.
official capacity as trustee          (See above)
of the Office of Hawaiian             [COR LD NTC ret]
Affairs
     Defendant - Appellee             Jon M. Van Dyke, Esq.
                                      (See above)
                                      [COR LD NTC ret]


CLAYTON HEE, in his official          Sherry P. Broder, Esq.
capacity as trustee of the            (See above)
Office of Hawaiian Affairs            [COR LD NTC ret]
     Defendant - Appellee
                                      Jon M. Van Dyke, Esq.
                                      (See above)
                                      [COR LD NTC ret]
```

INTERNAL USE ONLY: Proceedings include all events.
04-15306 Arakaki, et al, et al v. Apoliona, et al, et al

| | |
|---|---|
| COLETTE Y. MACHADO, in her official capacity as trustee of the Office of Hawaiian<br>    Defendant - Appellee | Jon M. Van Dyke, Esq.<br>(See above)<br>[COR LD NTC ret] |
| CHARLES OTA, in his official capacity as trustee of the Office of Hawaiian Affairs<br>    Defendant - Appellee | Jon M. Van Dyke, Esq.<br>(See above)<br>[COR LD NTC ret] |
| OSWALD K STENDER, in his official capacity as trustee of the Office of Hawaiian Affairs<br>    Defendant - Appellee | Jon M. Van Dyke, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JOHN D. WAIHEE, IV, in his official capacity as trustee of the Office of Hawaiian Affairs<br>    Defendant - Appellee | Jon M. Van Dyke, Esq.<br>(See above)<br>[COR LD NTC ret] |
| UNITED STATES OF AMERICA<br>    Defendant - Appellee | Aaron P. Avila, Esq.<br>FAX 202/353-1873<br>202/514-1307<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>P.O. Box 23795, L'Enfant Plaza Station<br>Washington, DC 20026-3795<br><br>Thomas A. Helper, Esq.<br>FAX 808/541-3752<br>808/541-2850<br>Suite 6100<br>[COR LD NTC usa]<br>OFFICE OF THE U.S. ATTORNEY<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd<br>Honolulu, HI 96850 |
| JOHN DOES, 1 through 10<br>    Defendant - Appellee | No appearance<br>No appearance |
| LINDA C. LINGLE, in her official capacity as Governor of the State of Hawaii<br>    Defendant - Appellee | Charleen M. Aina, DAG<br>(See above)<br>[COR LD NTC dag] |
| GEORGINA KAWAMURA, in her official capacity as Director | Charleen M. Aina, DAG<br>(See above) |

MOATT REOPEN
i

INTERNAL USE ONLY: Proceedings include all events.
04-15306 Arakaki, et al, et al v. Apoliona, et al, et al

of the Department of Budget          [COR LD NTC dag]
and Finance
     Defendant - Appellee

RUSS SAITO, in her official          Charleen M. Aina, DAG
capacity as Comptroller and          (See above)
Director of the Department of        [COR LD NTC dag]
Accounting and General
Services
     Defendant - Appellee

PETER YOUNG, in his official         Charleen M. Aina, DAG
capacity as Chairman of the          (See above)
Board of Land and Natural            [COR LD NTC dag]
Resources
     Defendant - Appellee

SANDRA LEE KUNIMOTO, in her          Charleen M. Aina, DAG
official as Director of the          (See above)
Department of Agriculture            [COR LD NTC dag]
     Defendant - Appellee

TED LIU, in his official             Charleen M. Aina, DAG
capacity as Director of the          (See above)
Department of Business,              [COR LD NTC dag]
Economic Development and
Tourism
     Defendant - Appellee

RODNEY HARAGA, in his official       Charleen M. Aina, DAG
capacity as Director of the          (See above)
Department of Transportation         [COR LD NTC dag]
     Defendant - Appellee

QUENTIN KAWANANAKOA, member of       Charleen M. Aina, DAG
the Hawaiian Homes Commission        (See above)
     Defendant - Appellee            [COR LD NTC dag]

- - - - - - - - - - - - - - - - - - - - - - - - - -

NATIVE HAWAIIAN LEGAL                Le'a Malia Kanehe, Esq.
CORPORATION, ASSOCIATION OF          FAX 808/537-4268
HAWAIIAN CIVIL CLUBS, COUNCIL        808/521-2302
FOR NATIVE HAWAIIAN                  #1205
ADVANCEMENT, 'ILIO' ULAOKALANI       [COR LD NTC ret]
COALITION, BOARD OF THE NATIVE       NATIVE HAWAIIAN LEGAL
HAWAIIAN BAR ASSOCIATION, ALU        CORPORATION
LIKE, INC., QUEEN                    1164 Bishop Street
LILIT'OKALANI TRUST                  Honolulu, HI 96813
     Amicus