ORIGINAL

CC: SOM

Of Counsel:
LAW OFFICES OF YUKLIN ALULI

YUKLIN ALULI          1428
AMBER WILLIAMS        6968
415-C Uluniu Street
Kailua, Hawaii  96734
Tel. (808) 262-5900
Fax: (808) 262-5610
email: yuklinaluli@hawaii.rr.com

Attorney for Defendant-Intervenors
HUI KAKO'O AINA HO'OPULAPULA,
BLOSSOM FEITEIRA and
DUTCHY SAFFERY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 12 2007
at 3 o'clock and 70 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EARL F. ARAKAKI, EVELYN C. ARAKAKI, EDWARD U. BUGARIN, SANDRA PUANANI BURGESS, PATRICIA A. CARROLL, ROBERT M. CHAPMAN, BRIAN L. CLARKE, MICHAEL Y. GARCIA, ROGER GRANTHAM, TOBY M. KRAVET, JAMES I. KUROIWA, JR., FRANCES M. NICHOLS, DONNA MALIA SCAFF, JACK H. SCAFF, ALLEN H. TESHIMA, THURSTON TWIGG-SMITH,<br><br>        Plaintiffs,<br><br>    v.<br><br>LINDA LINGLE in her official capacity as GOVERNOR OF THE STATE OF HAWAII, GEORGINA KAWAMURA in her official capacity | CIVIL NO.  02-00139 SOM KSC (Declaratory Judgment)<br><br>DEFENDANT-INTERVENORS HUI KAKO'O 'AINA HO'OPULAPULA, BLOSSOM FEITEIRA and DUTCHY SAFFERY'S JOINDER IN STATE AND HHCA/DHHL DEFENDANTS' MEMORANDUM REGARDING ISSUES REMAINING FOR ADJUDICATION FILED ON APRIL 9, 2007; CERTIFICATE OF SERVICE |

```
as DIRECTOR OF THE              )
DEPARTMENT OF BUDGET AND        )
FINANCE, RUSS SAITO in          )
his official capacity as        )
STATE COMPTROLLER and           )
DIRECTOR OF THE                 )
DEPARTMENT OF ACCOUNTING        )
AND GENERAL SERVICES,           )
PETER YOUNG in his              )
official capacity as            )
CHAIRMAN OF THE BOARD OF        )
LAND AND NATURAL                )
RESOURCES, SANDRA LEE           )
KUNIMOTO in his official        )
capacity as DIRECTOR OF         )
THE DEPARTMENT OF               )
AGRICULTURE, TED LIU in         )
his official capacity as        )
DIRECTOR OF THE                 )
DEPARTMENT OF BUSINESS,         )
ECONOMIC DEVELOPMENT AND        )
TOURISM, RODNEY HARAGA in       )
his capacity as DIRECTOR        )
OF THE DEPARTMENT OF            )
TRANSPORTATION,                 )
                                )
       State Defendants.        )
                                )
HAUNANI APOLIONA,               )
Chairman, ROWENA AKANA,         )
DONALD B. CATALUNA, LINDA       )
DELA CRUZ, DANTE K.             )
CARPENTER, COLETTE Y.P.         )
MACHADO, BOYD P. MOSSMAN,       )
OSWALD STENDER, and JOHN        )
D. WAIHE'E, IV in their         )
official capacities as          )
Trustees of the Office of       )
Hawaiian Affairs,               )
                                )
       OHA Defendants,          )
```

```
RAYNARD C. SOON,                )
Chairman, WONDA MAE             )
AGPALSA, HENRY CHO,             )
THOMAS P. CONTRADES,            )
QUENTIN KAWANANAKOA,            )
HERRING K. KALUA, MILTON        )
PA and JOHN A.H. TOMOSO         )
in their official               )
capacities as members of        )
the Hawaiian Homes              )
Commission,                     )
                                )
        HHCA/DHHL               )
Defendants,                     )
                                )
THE UNITED STATES OF            )
AMERICA and JOHN DOES 1         )
through 10.                     )
                                )
        Defendants.             )
                                )
STATE COUNCIL OF HAWAIIAN       )
HOMESTEAD ASSOCIATIONS          )
and ANTHONY SANG, JR.,          )
                                )
        Defendant-              )
Intervenors.                    )
                                )
HUI KAKO'O 'AINA                )
HO'OPULAPULA,                   )
BLOSSOM FEITEIRA and            )
DUTCHY SAFFERY                  )
                                )
                                )
Defendant-Intervenors.          )
                                )
```

DEFENDANT-INTERVENORS HUI KAKO'O 'AINA
HO'OPULAPULA, BLOSSOM FEITEIRA and DUTCHY SAFFERY'S
JOINDER IN STATE AND HHCA/DHHL DEFENDANTS'
MEMORANDUM REGARDING ISSUES REMAINING FOR
ADJUDICATION  FILED ON APRIL 9, 2007

DEFENDANT-INTERVENORS HUI KAKO'O 'AINA HO'OPULAPULA, BLOSSOM FEITEIRA AND DUTCHY SAFFERY, by and through their attorney, YUKLIN ALULI, hereby join in the State and HHCA/DHHL Defendants' Memorandum Regarding Issues Remaining for Adjudication Filed on April 9, 2007.

DATED:   Kailua, Hawaii, April 11, 2007

_____
YUKLIN ALULI
ERIKA E. IRELAND
AMBER WILLIAMS
Attorneys for Defendant-
Intervenors HUI KAKO'O 'AINA
HO'OPULAPULA, BLOSSOM
FEITEIRA, and DUTCHY SAFFERY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EARL F. ARAKAKI, et al., | CIVIL NO. CV02-00139 SOM KSC |
| Plaintiffs, | |
| v. | CERTIFICATE OF SERVICE |
| LINDA LINGLE, et al., | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 11, 2007, copies of the above-described document were duly served upon the following person by placing the same in the U.S. mail, postage prepaid, or by hand-delivery to his/her last known address:

    H. WILLIAM BURGESS, ESQ.
    2299C Round Top Drive
    Honolulu, Hawaii 96822
        Attorneys for Plaintiffs

    EDWARD H. KUBO, ESQ.
    United States Attorney
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96750
        Attorney for Defendant UNITED STATES

CHARLENE AINA, ESQ.
GERARD D. LAU, ESQ.
Deputy Attorney General
425 Queen Street
Honolulu, Hawaii 96813
    Attorneys for Defendants LINDA
    LINGLE, et al.

SHERRY P. BRODER, ESQ.
841 Bishop Street, Suite 800
Honolulu, Hawaii 96813
    Attorney for Defendants HAUNANAI
    APOLIONA, et al.

ROBERT G. KLEIN, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Blvd.
Honolulu, Hawaii 96813
    Attorney for Intervenor-Defendants
    SCHHA, et al.

AARON P. AVILA
U.S. Department of Justice
Environmental & Natural Resources
Division, Appellate Section
P.O. Box 2795 (L'Enfant Station)
Washington, D.C. 20026

DATED:   Kailua, Hawaii, April 11, 2007.


_____
YUKLIN ALULI
AMBER WILLIAMS
Attorneys for Defendant-
Intervenors
HUI KAKO'O 'AINA HO'OPULAPULA,
BLOSSOM FEITEIRA, and
DUTCHY SAFFERY

2