# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/16/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00139SOM-KSC |
| CASE NAME: | Earl F. Arakaki, et al. Vs. Linda Lingle, et al. |
| ATTYS FOR PLA: | H. William Burgess |
| ATTYS FOR DEFT: | Mark Bennett<br>Charleen Aina<br>Girard Lau<br>Sherry Broder<br>Robert Klein<br>Amber Williams |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 4/16/2007 | TIME: | 9:45 - 10:30 |

COURT ACTION:  EP: Status Conference -

Discussion held re: remaining issues.

Court will not allow any amendment to add new parties, however plaintiffs may file a new lawsuit.

Mr. Burgess requests that the no order be issued - Court will not issue an order at this point re: amendment to the complaint.

Plaintiffs allowed until midnight 4/30/07 to file a motion to amend complaint.

Having received briefing, and having held a hearing, Court will issue an order stating that no existing plaintiff has standing to go forward as to the claims stated in the complaint - objection by Mr. Burgess - Court to issue an order today.

Submitted by: Toni Fujinaga, Courtroom Manager.

Case 1:02-cv-00139-SOM-KSC    Document 390    Filed 04/16/2007    Page 2 of 2