ORIGINAL

H. WILLIAM BURGESS #833
2299C Round Top Drive
Honolulu, Hawai`i 96822
Telephone: (808) 947-3234
Fax: (808) 947-5822
Email: hwburgess@hawaii.rr.com
Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 30 2007

at 3 o'clock and ___ min. ___M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EARL F. ARAKAKI, et al.,<br>        Plaintiffs,<br>            v.<br><br>LINDA LINGLE, et al.,<br>        State Defendants,<br><br>HAUNANI APOLIONA, et al.,<br>        OHA Defendants,<br><br>MICAH A. KANE, et al.,<br>        HHCA/DHHL Defendants,<br><br>THE UNITED STATES OF AMERICA, and<br>JOHN DOES 1 through 10,<br>        Defendants.<br><br>STATE COUNCIL OF HAWAIIAN<br>HOMESTEAD ASSOCIATION and<br>ANTHONY SANG, SR.,<br>        Defendant/Intervenors,<br><br>HUI KAKO'O'AINA<br>HO'OPULAPULA, BLOSSOM<br>FEITEIRA AND DUTCH SAFFERY,<br>        Defendant/Intervenors. | CIVIL NO. 02-00139 SOM/KSC<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT;**<br><br>**MEMORANDUM IN SUPPORT;**<br><br>**EXHIBIT A: AMENDED COMPLAINT;**<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>HEARING<br>DATE:_____<br>TIME:_____<br>JUDGE: SUSAN OKI MOLLWAY |

### PLAINTIFFS' NOTICE AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT.

Please take notice that Plaintiffs will move the court in her courtroom in the U.S. District Court, 300 Ala Moana Blvd., Honolulu, Hawaii on the ___ day of May, 2007, at _____ o'clock ___ m., or as soon thereafter as counsel may be heard, for leave to file an amended complaint substantially in the form attached hereto as Exhibit A.

This motion is based Rule 15 F.R.Civ.P., which provides that leave to amend shall be freely given when justice so requires, and on the attached memorandum in support and the records and files of this case.

DATED: Honolulu, Hawaii, April 30, 2007.

_____
H. WILLIAM BURGESS
Attorney for Plaintiffs