## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, the foregoing document(s) will be duly served upon the following parties via process server, facsimile, hand delivery, U.S. Mail or certified U.S. Mail, postage prepaid.

MARK J. BENNETT, ESQ.
CHARLEEN M. AINA, ESQ.
GIRARD D. LAU, ESQ.
Dept. of Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawai'i 96813

Attorneys for State Defendants,
AND HHCA/DHHL DEFENDANTS


SHERRY P. BRODER, ESQ.
JON VAN DYKE, ESQ.
MELODY K. MACKENZIE, ESQ.
841 Bishop Street, Suite 800
Honolulu, Hawai'i 96813

Attorney for Defendant
Trustees of the Office of Hawaiian Affairs

ROBERT G. KLEIN, ESQ.
BECKY T. CHESTNUT, ESQ.
Five Waterfront Plaza, Suite 400
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Defendant-Intervenor SCHHA

EDWARD H. KUBO, JR., ESQ.
HARRY YEE, ESQ.
Office of the United States Attorney
PJKK Federal Building
300 Ala Moana Blvd. Suite 6100
Honolulu, Hawaii 96850

Attorneys for Defendant,
United States of America

ELLEN J. DURKEE, ESQ.
STEVEN MISKINIS, ESQ.
AARON P. AVILA, ESQ.
U.S. Department of Justice
Environmental & Natural Resources
Division, Appellate Section
P.O. Box 2795 (L'Enfant Station)
Washington, D.C. 20026

Attorney for Defendant,
United States of America

YUKLIN ALULI, ESQ.
AMBER WILLIAMS, ESQ.
415-C Uluniu Street
Kailua, Hawaii 96734

Attorneys for Defendant-Intervenors

Dated: Honolulu, Hawaii this 30th day of April, 2007.

_____
H. WILLIAM BURGESS
Attorney for Plaintiffs